FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 22-31417-MVL | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|
| Case Name: | EARLYSENSE, INC. | Date Filed (f) or Converted (c): | 08/04/2022 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 09/13/2022 |
| | | Claims Bar Date: | 01/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 2  Silicon Valley Bank Checking Last 4 digits of account number 9 2 4 5 | $55,408.43 | $55,408.43 | | $54,917.34 | $491.09 |
| 3  Checking, savings, money market, or financial brokerage accounts (Identify all) See continuation sheet | $33,210.34 | $33,210.34 | | $710.34 | FA |
| 4  Landlord Cummings Properties, LLC | $28,035.50 | $28,035.50 | OA | $0.00 | FA |
| 5  Accounts receivabl 90 days old or less: $1,069,672.00 face amount -$ 847,347.00 doubtful or uncollectible accounts = $222,325.00 | $222,325.00 | $222,325.00 | OA | $0.00 | FA |
| 6  Accounts receivable Over 90 days old: $5,137,903.00 face amount - $5,137,903.00 doubtful or uncollectible accounts = $0.00 | $0.00 | $0.00 | OA | $0.00 | FA |
| 7  Finished goods, including goods held for resale LIST - See Att. New inventory and In-Transit | $296,133.52 | $0.00 | OA | $0.00 | FA |
| 8  Other inventory or supplies Cummings - See Att. New, Used, RMA Return Inventory | $142,827.09 | $142,827.09 | OA | $0.00 | FA |
| 9  Office furniture Misc. office furniture, including desks, chairs, cabinets | Unknown | $0.00 | OA | $0.00 | FA |
| 10  Office equipment, including all computer equipment and communication systems equipment and software Office laptop computers and accessories are in possession of each employee | Unknown | $0.00 | OA | $0.00 | FA |
| 11  Customer lists, mailing lists, or other compilations Customer List | Unknown | $0.00 | OA | $0.00 | FA |
| 12  Interests in insurance policies or annuities See continuation sheet | Unknown | $0.00 | | $0.00 | FA |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $777,939.88 | $481,806.36 | | $55,627.68 | $491.09 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 22-31417-MVL | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|
| Case Name: | EARLYSENSE, INC. | Date Filed (f) or Converted (c): | 08/04/2022 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 09/13/2022 |
| | | Claims Bar Date: | 01/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

09/15/2023  Trustee evaluating claims for objections to same, bar date for claims has run recently. Trustee's final report and proposed distribution expected to be submitted to UST for review and filing before the end of 2023, if not well before.

| Initial Projected Date Of Final Report (TFR): | 12/31/2023 | Current Projected Date Of Final Report (TFR): | /s/ JEFFREY H. MIMS |
|---|---|---|---|

JEFFREY H. MIMS
TRUSTEE